E-FILED
Friday, 26 June, 2026 10:57:14 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

# Technical Investigation Report

*Verification of Plaintiff's Alleged Website Visit on November 3, 2025*

| | |
|---|---|
| **Matter:** | Morgan Cole, individually and on behalf of all others similarly situated v. Dalstrong America Inc. |
| **Case No.:** | 4:26-cv-04053-SLD-RLH |
| **Court:** | United States District Court, Central District of Illinois |
| **Complaint filed:** | February 27, 2026 |
| **Report prepared by:** | Dalstrong America Inc. |
| **Data queries executed:** | May 27, 2026 |
| **Report compiled:** | June 22, 2026 |
| **Purpose:** | To document a technical review conducted by Dalstrong America Inc. ("Dalstrong") of the retained systems available to it, in connection with the factual allegation contained in Paragraph 40 of the Complaint that Plaintiff visited dalstrong.com on November 3, 2025, viewed the "Meat Cleaver 9" with Stand," and attempted to add the product to his shopping cart. |

## 1. Executive Summary

Dalstrong searched the retained systems that record visitor activity on dalstrong.com. **No matching record was found in any of the retained systems reviewed.**

**Headline findings (all measured November 3, 2025, the date alleged in the Complaint):**

1. No customer named "Morgan Cole" has ever been registered in Dalstrong's e-commerce system (Shopify), across any period of time and any U.S. state.
2. No marketing profile for "Morgan Cole" exists in Dalstrong's customer engagement platform (Klaviyo).

3. Of **105 distinct user sessions** that viewed the "Meat Cleaver 9" with Stand" product page on November 3, 2025, **zero originated from the State of Illinois.** Plaintiff is alleged to be a resident of Henry County, Illinois.
4. Across **4,234 shopping cart and checkout events** recorded by Klaviyo during the seven-day window of November 1–7, 2025, no event was attributed to any visitor named "Cole" or "Morgan," and zero originated from any of the 25 U.S. Postal Service-verified ZIP codes within Henry County, Illinois.
5. Dalstrong's geolocation tracking did capture two unrelated Henry County, Illinois visitors during the same week (on November 2, November 5, and November 7), confirming the tracking system was operating correctly. Neither visitor's name nor email contained "Cole" or "Morgan," and neither viewed the Meat Cleaver product.

Detailed methodology, data sources, query results, and limitations are set forth in the sections that follow.

## 2. The Specific Factual Allegations Investigated

Paragraph 40 of the Complaint alleges (emphasis added):

> *"Plaintiff, Morgan Cole, has made an attempt to complete a purchase on Dalstrong.com. **On November 3, 2025**, while browsing social media, Cole came across many recommended posts about Dalstrong kitchen knives. ... While navigating their website, Cole also became interested in the **Meat Cleaver 9 with stand**. However, as Cole tried to navigate the website and complete his purchase, Cole encountered accessibility barriers that significantly hindered his progress."*

This investigation tests two specific factual assertions:

1. **Did Plaintiff visit dalstrong.com on November 3, 2025?**
2. **Did Plaintiff specifically interact with the "Meat Cleaver 9" with Stand" product, including attempting to add it to a shopping cart?**

The product identified in the Complaint corresponds to Dalstrong's "Meat Cleaver 9" with Stand | Obliterator | Gladiator Series | NSF Certified" product (Shopify Product ID 2443580211281, list price $199.00). The product was active and in stock on the alleged visit date.

## 3. Data Sources Searched

Dalstrong searched four independent data systems that capture different signals of visitor activity on dalstrong.com. Each is described below, along with its applicable retention window and what kind of visitor it captures.

| System | What it captures | Coverage on Nov 3, 2025 | Limitations |
|---|---|---|---|
| **Shopify (e-commerce platform)** | Customer accounts, completed orders, abandoned checkouts | Customer records: all-time. Orders: all-time. Abandoned checkouts: not available. | Shopify automatically deletes abandoned checkouts older than 3 months as a matter of standard platform policy (see Section 6). |

| | | | |
|---|---|---|---|
| **Klaviyo — Shopify integration** | "Added to Cart" and "Checkout Started" events tied to identified email addresses (visitors who previously submitted email through any form) | Full coverage | Does not capture truly anonymous visitors with no prior email association. |
| **Klaviyo — Instant Audiences** | Page views and product page views for *all* visitors including anonymous ones, geolocated via IP address and browser cookies | Full coverage | Visitor must allow browser cookies. Geolocation reflects IP address, which may be masked by VPN/proxy. |
| **Internet Archive (Wayback Machine)** | Public snapshots of dalstrong.com HTML | Snapshots captured Oct 31, 2025 (3 days before alleged visit) and Nov 11, 2025 (8 days after) | Third-party archive; coverage is opportunistic. |

Collectively, these systems represent the universe of behavioral data available to Dalstrong for the November 3, 2025 date. The Klaviyo Instant Audiences source is particularly relevant because it captures even anonymous visitors and is therefore the most complete record of who visited the site.

## 4. Investigation Queries and Results

The following five queries were executed across the data sources above. Each query is designed to test a specific factual claim from the Complaint. In each case, the result is consistent: **no record of Plaintiff or of any visit matching the Complaint's allegations was found.**

### 4.1 Query: Has any customer named "Morgan Cole" ever registered with Dalstrong?

**Method:** A name-based search across the Shopify customer database for any customer with first name "Morgan" and last name "Cole" — across the full history of the database, all U.S. states, and all account statuses.

**Result: Zero matches.** No customer with that name has ever registered.

The search also returned, for completeness, one unrelated Illinois customer whose first name is "Morgan." That customer has a different last name, resides in a different Illinois county, and registered an account several years prior to the events at issue in the Complaint. The individual is not the Plaintiff.

### 4.2 Query: Does any Klaviyo marketing profile exist for "Morgan Cole"?

**Method:** A profile search across the Klaviyo customer engagement database.

**Result: Zero matches.**

Klaviyo creates a profile any time a visitor submits an email address through any form on dalstrong.com (including newsletter signup popups, account creation, and checkout). The absence of a Klaviyo profile indicates Plaintiff has never submitted an email address through any channel on the site.

### 4.3 Query: Did any visitor with the name "Cole" or "Morgan" — or with an Illinois Henry County ZIP code — start a shopping cart or checkout on November 3, 2025?

**Method:** Full extraction of all 4,234 Klaviyo cart and checkout events during the seven-day window November 1 through November 7, 2025, filtered for name and geographic indicators.

**Result:**

| Search criterion | Matching events Nov 1–7, 2025 |
|---|---|
| Visitor first name contains "Morgan" or last name contains "Cole" | 0 |
| Visitor email address contains "morgan" or "cole" *and* located in Illinois | 0 |
| Visitor located in any of the 25 verified Henry County, IL ZIP codes | 0 |
| **All of the above narrowed to November 3, 2025 specifically** | **0** |

Henry County ZIP codes per U.S. Postal Service / zip-codes.com: 61233, 61234, 61235, 61238, 61240, 61241, 61250, 61254, 61258, 61262, 61273, 61274, 61277, 61283, 61344, 61361, 61413, 61414, 61419, 61434, 61443, 61465, 61468, 61483, 61490.

**Clarification:** During the seven-day window, identified Illinois-based visitors did register cart and checkout activity on dalstrong.com — for example, ten such events from six distinct Illinois visitors on November 3, 2025 alone. None of those visitors was named "Cole" or "Morgan," none resided in Henry County, and none of their cart or checkout activity involved the Meat Cleaver 9" with Stand product

identified in the Complaint. Query 4.4 addresses whether any Illinois visitor interacted with that specific product on November 3, 2025.

### 4.4 Query: Did any visitor located in Illinois view the "Meat Cleaver 9" with Stand" product page on November 3, 2025?

**Method:** Full extraction of all 39,578 product page-view events recorded by Klaviyo's Instant Audiences during November 1–7, 2025, including events for anonymous visitors who never submitted an email address. Events were filtered for the specific product the Complaint identifies (Obliterator Meat Cleaver 9", Shopify Product ID 2443580211281, URL path `/products/gladiator-series-obliterator-meat-cleaver`).

**Result:** On November 3, 2025, the product page received **105 distinct visitor sessions**, originating from 21 different states, provinces, or countries. **Zero of those sessions originated from the State of Illinois.**




*Figure 1. Distribution of the 105 visitor sessions that viewed the Meat Cleaver 9" with Stand product page on November 3, 2025, by geographic region of the visitor. Illinois — where Plaintiff alleges he resides and from which he allegedly viewed this product — recorded zero sessions.*

**4.5 Query: Did any visitor from Henry County, Illinois view the Meat Cleaver 9" with Stand during the week of November 1–7, 2025?**

**Method:** Same dataset as Query 4.4, expanded to the full seven-day window and filtered to the 25 verified Henry County, IL ZIP codes.

**Result: Zero events.** Across the seven-day window, only three Illinois visitors viewed the Meat Cleaver 9" with Stand product page at all, none on November 3:

| Date | Illinois views of the Meat Cleaver 9" with Stand | Visitor's Illinois County |
|---|---:|---|
| November 1, 2025 | 0 | — |
| November 2, 2025 | 0 | — |
| **November 3, 2025 (alleged visit date)** | **0** | **—** |
| November 4, 2025 | 5 | Stephenson County (one visitor, Freeport, IL) |
| November 5, 2025 | 0 | — |
| November 6, 2025 | 4 | Cook + St. Clair County (two visitors, Chicago and Belleville, IL) |
| November 7, 2025 | 0 | — |

None of these three Illinois visitors resides in Henry County. None is named "Cole" or "Morgan."




*Figure 2. Daily product page views for the Meat Cleaver 9" with Stand during the week of November 1–7, 2025, with the Illinois portion of each day highlighted. The alleged visit date (November 3) recorded 105 total visits, none from Illinois.*

## 5. Sanity Check: Tracking Was Operational

The absence of any matching record in the data is meaningful only if the underlying tracking systems were operating normally on November 3, 2025. The following observations confirm the systems were functioning:

- **The Meat Cleaver 9" with Stand product page recorded 105 distinct visitor sessions on November 3, 2025, drawn from 21 different states and countries** — a normal volume relative to surrounding days (50 on Nov 1, 42 on Nov 2, 63 on Nov 4, 115 on Nov 5). This rules out any explanation that the tracking system was offline.
- **Klaviyo recorded 131 Checkout Started and 413 Added to Cart events on November 3, 2025 alone.** Cart and checkout tracking was demonstrably functional.
- **Henry County, IL visitors were captured during the same week** when they did occur. Specifically, two distinct visitors located in Coal Valley, Illinois (ZIP code 61240, Henry County) generated nine page-view and product-view events on November 2, November 5, and November 7. Neither is named "Cole" or "Morgan"; neither viewed the Meat Cleaver 9" with Stand.

The absence of a matching record for Plaintiff therefore reflects what the retained systems actually recorded during the relevant period, rather than any system downtime or failure of the geographic tracking function.

## 6. Note on Shopify's Abandoned Checkout Data

Dalstrong's Shopify e-commerce platform does not currently retain abandoned checkout data from November 2025. This is not a result of any data loss or error on Dalstrong's part. Shopify, as a matter of documented platform policy, automatically deletes all abandoned checkout records older than three months on a weekly basis. As of the date of this report, only abandoned checkouts from approximately February 27, 2026 onward remain visible in the Shopify Admin interface.

This policy is described publicly by Shopify, Inc. and applies uniformly to all Shopify merchants:

> *"Abandoned checkouts that are older than three months are automatically deleted from your Shopify admin." — Shopify Help Center, Recovering abandoned checkouts (publicly accessible at help.shopify.com).*

For this reason, the Klaviyo platform — which retains data over a much longer window — was treated as the authoritative source for cart and checkout activity during the alleged visit period. As detailed in Sections 4.3 and 4.4, the Klaviyo data contains no record of any cart or checkout activity attributable to Plaintiff.

## 7. Site Availability Evidence (Internet Archive)

The Internet Archive's Wayback Machine independently archived dalstrong.com on multiple dates surrounding the alleged visit:

- **October 31, 2025** (3 days prior): `https://web.archive.org/web/20251031011751/https://dalstrong.com/`
- **November 11, 2025** (8 days after): `https://web.archive.org/web/20251111071120/https://dalstrong.com/`
- Additional snapshots: October 21, October 27 (×3), November 12 (×2).

These third-party archived snapshots confirm dalstrong.com was operational and publicly accessible immediately before and after the alleged visit date. They also preserve the HTML and rendered appearance of the site as it existed in that window, available for independent technical review.

## 8. Scope of Review / Data Coverage

For clarity regarding the boundaries of this review, the following defines what was searched and what falls outside the scope of the retained systems available to Dalstrong:

1. **Systems searched.** The review covered the four systems identified in Section 3: Shopify, Klaviyo (Shopify-integration cart and checkout events), Klaviyo Instant Audiences (page-view and product-view records), and the Internet Archive Wayback Machine.
2. **Time window.** Visitor behavioral data was reviewed across the seven-day window of November 1 through November 7, 2025, centered on the date alleged in Paragraph 40 of the Complaint. Customer and profile records were reviewed across the full retained history of each system.
3. **Shopify abandoned-checkout records prior to late-February 2026 are not available within Dalstrong's Shopify environment,** as explained in Section 6, because Shopify auto-deletes such records after three months as a matter of standard platform policy. Klaviyo's longer-retention dataset, used in this review, captures equivalent cart and checkout events for the relevant period.
4. **Visitor geolocation is derived from IP address.** The Complaint at Paragraph 18 identifies Plaintiff as a resident of Henry County, Illinois and contains no allegation of access via a virtual

private network or other remote proxy. The geographic findings in Sections 4.4 and 4.5 are responsive to that residential geographic claim.

## 9. Conclusion

Across the retained systems reviewed, **no matching record was found** of Plaintiff, of any visit attributable to a visitor named "Cole" or "Morgan" or located in Henry County, Illinois on November 3, 2025, or of any Illinois visitor viewing the Meat Cleaver 9" with Stand product on the alleged date.

The underlying behavioral data — over 55,000 page-view events and over 4,000 cart and checkout events for the November 1–7, 2025 window — is preserved by Dalstrong and is available for production under an appropriate protective order if requested in discovery.

## Appendix A — Aggregate Data Tables

### A.1 Total dataset volumes searched (November 1–7, 2025)

| Source | Events |
|---|---|
| Klaviyo — Checkout Started (Shopify integration) | 1,167 |
| Klaviyo — Added to Cart (Shopify integration) | 3,067 |
| Klaviyo Instant Audiences — Page Views (all pages) | 55,336 |
| Klaviyo Instant Audiences — Product Page Views | 39,578 |
| **Total events searched** | **99,148** |

### A.2 Meat Cleaver 9" with Stand views by region — November 3, 2025

| Region | Sessions on Nov 3, 2025 |
|---|---|
| Rhode Island | 16 |
| Pennsylvania | 16 |
| Florida | 12 |
| Arizona | 10 |
| Ontario, Canada | 10 |
| New York | 6 |
| Ohio | 4 |
| Washington | 4 |
| Oregon | 4 |
| Indiana | 3 |
| Louisiana, Virginia, Texas, Oklahoma, Colorado, New Mexico, California, Sutton (UK) | 2 each |
| Vermont, Kent (UK) | 1 each |

| | |
|---|---|
| Geolocation unresolved | 2 |
| **Illinois** | **0** |
| **Total** | **105** |

### A.3 Illinois cart/checkout activity by date — Meat Cleaver 9" with Stand (Nov 1–7, 2025)

| Date | Illinois cart/checkout events on dalstrong.com (any product) | Illinois views of the Meat Cleaver 9" with Stand | Henry County, IL events |
|---|---|---|---|
| November 1, 2025 | aggregated | 0 | 0 |
| November 2, 2025 | aggregated | 0 | 1 visitor (Coal Valley, IL) |
| **November 3, 2025** | **10 events / 6 visitors** | **0** | **0** |
| November 4, 2025 | aggregated | 5 (1 visitor, Freeport) | 0 |
| November 5, 2025 | aggregated | 0 | 1 visitor (Coal Valley, IL) |
| November 6, 2025 | aggregated | 4 (2 visitors, Chicago + Belleville) | 0 |
| November 7, 2025 | aggregated | 0 | 1 visitor (Coal Valley, IL) |

Identities of unrelated visitors have been aggregated and redacted from this report. The underlying records have been preserved and remain available for production under an appropriate protective order.

## Appendix B — Investigation Query Manifest

The following queries were executed against the data sources described in Section 3. All queries were executed on **May 27, 2026**. Date and time filters within the queries are stated in **UTC**; the November 1–7, 2025 search window (UTC) fully encompasses November 3, 2025 in every U.S. time zone, including U.S. Central Time, the time zone of the State of Illinois. Source data exports underlying each query result are preserved by Dalstrong and are available for production under an appropriate protective order.

| # | Query | Data source | Filter criteria | Result |
|---|---|---|---|---|
| Q1 | Customer with first name "Morgan" and last name "Cole" | Shopify customer database (Admin GraphQL API) | Name search across full retained history; all U.S. states; all account statuses | 0 matches |
| Q2 | Customer with last name "Cole" residing in Illinois | Shopify customer database | Name search; default or address province code = "IL" | 0 matches |
| Q3 | Customer with first name "Morgan" residing in Illinois | Shopify customer database | Name search; default or address province code = "IL" | 1 match — unrelated to Plaintiff (different last name, different Illinois county, account predating the events at issue) |
| Q4 | Klaviyo profile with name "Morgan Cole" | Klaviyo profile database (Klaviyo REST API) | Profile name search, all-time | 0 matches |
| Q5 | Cart and checkout events with name containing "Cole" or "Morgan," Nov 1–7, 2025 UTC | Klaviyo events (metric IDs `WZ6M6v` = Added to Cart and `TkCHrd` = Checkout Started) | datetime ≥ 2025-11-01T00:00:00Z, datetime < 2025-11-08T00:00:00Z; case-insensitive name substring match against profile first_name and last_name | 0 matches across 4,234 events (3,067 Added to Cart + 1,167 Checkout Started) |
| Q6 | Cart and checkout events from any Henry County, IL ZIP | Klaviyo events (same metrics as Q5) | Same time window; profile location.region = "Illinois"; profile location.zip prefix matches one of the 25 USPS-verified Henry County, IL ZIPs listed in Section 4.3 | 0 matches |

| | | | | |
|---|---|---|---|---|
| | code, Nov 1–7, 2025 UTC | | | |
| Q7 | Product page views of Meat Cleaver 9" with Stand by region, November 3, 2025 UTC | Klaviyo Instant Audiences (metric ID `R3s2DV` = Product Viewed) | datetime ≥ 2025-11-03T00:00:00Z, datetime < 2025-11-04T00:00:00Z; event_properties.ProductID = 2443580211281 OR event_properties.PageUrl contains "obliterator-meat-cleaver" OR event_properties.ProductName contains "Obliterator" | 105 sessions across 21 regions; 0 from Illinois |
| Q8 | Any Henry County, IL visitor viewing the Meat Cleaver 9" with Stand, Nov 1–7, 2025 UTC | Klaviyo Instant Audiences (Product Viewed metric) | Same product filter as Q7; expanded date range; profile region/zip filter matching the Henry County, IL ZIPs | 0 matches |
| Q9 | Any visitor from Henry County, IL — any page activity, Nov 1–7, 2025 UTC | Klaviyo Instant Audiences (Page Viewed metric `XGLLz9` + Product Viewed metric `R3s2DV`) | Same time window; profile region/zip filter matching the Henry County, IL ZIPs | 2 unrelated visitors; 9 events; 0 events on November 3, 2025; 0 events involving the Meat Cleaver 9" with Stand |

Dataset volumes reviewed (Nov 1–7, 2025 UTC): 3,067 Added to Cart events; 1,167 Checkout Started events; 39,578 Product Viewed events; 55,336 Page Viewed events. Total: 99,148 events.

— End of Report —