E-FILED
Friday, 26 June, 2026 10:57:14 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT 4

Outlook

## Re: Morgan Cole v. Dalstrong America, Inc., Case No. 4:26-cv-04053

**From** Amanda Igra <amanda.igra@revisionlegal.com>
**Date** Wed 6/3/2026 1:22 PM
**To** David Reyes <Dreyes@Ealg.law>; John Di Giacomo <john@revisionlegal.com>
**Cc** Asher Cohen <Acohen@Ealg.law>; Eliezer Lekht <Elekht@Ealg.law>; Alison Chan <Achan@Ealg.law>; EALG Case Managers <EALGCaseManagers@Ealg.law>

Mr. Reyes,

We asked our client, Dalstrong, to investigate the claims set forth in your complaint.

Our client has finished its investigation and has detailed technical data that contradicts the allegations in your complaint. Most significantly, Dalstrong does not have a single record of a website visitor across any of its website pages on November 3, 2025, from Henry County, Illinois.

Our client is able to view all website views from the product plaintiff alleges he tried to purchase; none of those are even from the state of Illinois.

Dalstrong's records also indicate that during the month of November, two customers viewed the same product plaintiff alleges trying to purchase, but Dalstrong was able to determine neither of those people was Morgan Cole.

Dalstrong is confident in the quality of its evidence, and its internal team even accounted for anonymous visitors.

In light of this, and all of the other issues I have already raised, I request that you withdraw your Complaint. It does not appear to be properly founded.

Sincerely,
Amanda Igra

---

**From:** David Reyes <Dreyes@Ealg.law>
**Sent:** Tuesday, June 2, 2026 12:08 PM
**To:** Amanda Igra <amanda.igra@revisionlegal.com>; John Di Giacomo <john@revisionlegal.com>
**Cc:** Asher Cohen <Acohen@Ealg.law>; Eliezer Lekht <Elekht@Ealg.law>; Alison Chan <Achan@Ealg.law>; EALG Case Managers <EALGCaseManagers@Ealg.law>
**Subject:** Re: Morgan Cole v. Dalstrong America, Inc., Case No. 4:26-cv-04053

**SUBJECT TO FRE 408 – SETTLEMENT COMMUNICATIONS**
Settlement Purposes Only***
Hello Amanda,
We consent here. Thanks.

Sincerely,